MARTIN T. ERICKSON, Appellant, *v.* ADRIAN GROBSMITH et al., Copartners under the Firm Name of EMPIRE STATE MOTOR EXPRESS COMPANY, Respondents.

(Argued November 29, 1933; decided December 15, 1933.)

*Clayton M. Smith* for appellant.

*Ralph W. Dox* and *Ulysses S. Thomas* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, KELLOGG and CROUCH, JJ. Dissenting: CRANE, O'BRIEN and HUBBS, JJ.